ROBERT D. EASSA (SBN 107970)
robert.eassa@sedgwicklaw.com
MARC A. KOONIN (SBN 166210)
marc.koonin@sedgwicklaw.com
TARA K. CLANCY (SBN 253321)
tara.clancy@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
FCE BENEFIT ADMINISTRATORS, INC.

GRACE A. CARTER (SB# 101610)
gracecarter@paulhastings.com
STEPHEN H. HARRIS (SB# 184608)
stephenharris@paulhastings.com
LAWRENCE A. LEVENDOSKY (SB# 254903)
larrylevendosky@paulhastings.com
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
TRAINING, REHABILITATION &
DEVELOPMENT INSTITUTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCE BENEFIT ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAINING, REHABILITATION & DEVELOPMENT INSTITUTE, INC., and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. 3:15-CV-01160-JST <br><br> [PROPOSED] ORDER REGARDING STIPULATION RE: RULE 26(f) DISCOVERY PLAN <br><br> CMC Date: July 1, 2015 <br> Time: 2:00 p.m. <br> Judge: Hon. Jon Tigar <br><br> Complaint filed: January 30, 2015 <br> Removal: March 11, 2015 |

1 **[PROPOSED] ORDER**

3    The discovery plan to be submitted under Federal Rule of Civil Procedure 26(f)(2), which is currently due on June 23, 2015, shall be submitted on August 5, 2015.  Good cause exists for extending the submission date based on the parties' representations regarding the anticipate scope of discovery in this action, and the parties' ongoing efforts to meet and confer on the subjects of such discovery plan.

9 **IT IS SO ORDERED.**

DATED:  June 24, 2015

IT IS SO ORDERED

Judge Jon S. Tigar