UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCE BENEFITS ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAINING, REHABILITATION & DEVELOPMENT INSTITUTE, INC., <br><br> Defendant. | Case No.  15-cv-01160-JST <br><br> **SCHEDULING ORDER** |

The Court hereby sets a further case management conference on August 26, 2015, at 2:00 p.m.  The parties shall file a joint case management statement by August 19, 2015.

The parties are ordered to meet and confer regarding, and to propose, a global case management plan for both the state and federal cases.  They are further ordered to identify and propose a resolution of any discovery disputes outstanding as of the time of the filing of their statement.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
JON S. TIGAR
United States District Judge