1  GRACE A. CARTER (SB# 101610)
   gracecarter@paulhastings.com
2  STEPHEN H. HARRIS (SB# 184608)
   stephenharris@paulhastings.com
3  LAWRENCE A. LEVENDOSKY (SB# 254903)
   PAUL HASTINGS LLP
4  55 Second Street, 24th Floor
   San Francisco, CA  94105
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   Attorneys for Defendant and Cross-Complainant
7  TRAINING, REHABILITATION &
   DEVELOPMENT INSTITUTE, INC.
8
   ROBERT D. EASSA (SB# 107970)
9  robert.eassa@sedgwicklaw.com
   MARC A. KOONIN (SB# 166210)
10 marc.koonin@sedgwicklaw.com
   TARA K. CLANCY (SB# 253321)
11 tara.clancy@sedgwicklaw.com
   SEDGWICK LLP
12 333 Bush Street, 30th Floor
   San Francisco, CA  94104-2834
13 Telephone:  (415) 781-7900
   Facsimile:  (415) 781-2635
14
   Attorneys for Plaintiff and Cross-Defendant
15 FCE BENEFIT ADMINISTRATORS, INC.

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 FCE BENEFIT ADMINISTRATORS,              CASE NO. 3:15-CV-01160-JST
   INC.,
20                                          [PROPOSED] ORDER TO STAY
                   Plaintiff,               PROCEEDINGS PENDING
21                                          MEDIATION
           vs.
22
   TRAINING, REHABILITATION &               Judge:            Hon. Jon S. Tigar
23 DEVELOPMENT INSTITUTE, INC., and
   DOES 1 through 10 inclusive,             Complaint filed:  January 30, 2015
24                                          Removal:          March 11, 2015
                   Defendants.
25

26
   TRAINING, REHABILITATION &
27 DEVELOPMENT INSTITUTE, INC., on
   behalf of itself and THE HEALTH AND
28 WELFARE PLAN OF TRAINING,

---

Case No. 3:15-CV-01160-JST                          [PROPOSED] ORDER
                                         TO STAY PROCEEDINGS PENDING PRIVATE
                                                         MEDIATION

1  REHABILITATION & DEVELOPMENT INSTITUTE, INC.,
2
3              Cross-Complainants,
4       vs.
5  FCE BENEFIT ADMINISTRATORS, INC., and DOES 1-50, inclusive,
   Cross-Defendants.

Case No. 3:15-CV-01160-JST

-1-

[PROPOSED] ORDER TO STAY PROCEEDINGS PENDING PRIVATE MEDIATION

# [Proposed] ORDER

This matter, including the deadlines set forth below, is stayed until November 2, 2015, pending private mediation between the parties:

1. the August 5, 2015 deadline for the Parties to make initial disclosures [Doc. No. 31];

2. the August 5, 2015 deadline for the Parties to submit a global case management plan for both this matter and the related state action, as ordered by the Court [Doc. Nos. 34 & 36];

3. the August 21, 2015 ADR Telephone Conference with a member of the ADR Legal Staff pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5; and

4. the August 26, 2015 Case Management Conference scheduled for 2:00 p.m. and the attendant August 19, 2015 Case Management Statement obligation [Doc. No. 36].

The Parties are hereby ordered to report the status of this matter to the Court by November 16, 2015. At that time, if the mediation was unsuccessful, the Parties will submit a proposal setting for the deadline for the Parties: (i) to make initial disclosures, and (ii) to submit a global case management plan for both this matter and the related state action as provided by the Court's July 6, 2015 Scheduling Order [Doc. No. 36], including the Parties' discovery plan pursuant to Federal Rule 26(f)(2).

Good cause exists for staying this action in order to preserve the Court's and the parties' resources, as well as to encourage a global alternative dispute resolution of this matter and the related state action.

**IT IS SO ORDERED.**

Dated: _____August 3_____, 2015

IT IS SO ORDERED

Judge Jon S. Tigar