UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FCE BENEFITS ADMINISTRATORS, INC., | Case No. 15-cv-01160-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| TRAINING, REHABILITATION & DEVELOPMENT INSTITUTE, INC., | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | February 19, 2016 |
| Fact discovery cut-off | September 16, 2016 |
| Expert disclosures | October 7, 2016 |
| Expert rebuttal | October 28, 2016 |
| Expert discovery cut-off | November 11, 2016 |
| Deadline to file dispositive motions | December 2, 2016 |
| Pretrial conference statement due | February 14, 2016 |
| Pretrial conference | February 24, 2017 at 2:00 p.m. |

| Event | Deadline |
|---|---|
| Trial | March 20, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | Ten |

The Court also sets a further Case Management Conference on September 28, 2016 at 2:00 p.m. A Joint Case Management Statement is due by September 21, 2016.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can. The Court will not continue a deadline based on an opposing party's failure to produce discovery if the party seeking the continuance has not been diligent in seeking or compelling the production of that discovery.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: February 10, 2016

_____
JON S. TIGAR
United States District Judge