UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAINING, REHABILITATION & DEVELOPMENT INSTITUTE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FCE BENEFIT ADMINISTRATORS, INC., <br><br> Defendant. | CASE NO. 3:15-CV-01160-JST <br><br> **[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the joint stipulation for dismissal with prejudice filed by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS HEREBY ORDERED that this matter be dismissed in its entirety with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED: September 20, 2016

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE